GUSTAVE HEYE, as Sole Surviving Executor, etc., Appellant, *v.* HENRY M. TILFORD et al., as Executors, etc., Respondents.

(Argued April 23, 1894; decided May 4, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made February 9, 1894, which reversed an order of Special Term denying a motion for leave to amend the answer and granted such motion.

*Edward B. Hill* for appellant.

*Peter B. Olney* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

In the Matter of the Estate of THEODORE SCHEIDELER, Deceased.

(Argued April 23, 1894; decided May 4, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made January 12, 1894, which affirmed an order of the surrogate of the city and county of New York directing payment of a legacy under the will of Theodore Scheideler, deceased.

*John Braden* for appellant.

*Henry Schmitt* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.